NICOLA T. HANNA  
United States Attorney  
DAVID M. HARRIS  
Assistant United States Attorney  
Chief, Civil Division  
CEDINA M. KIM  
Assistant United States Attorney  
Senior Trial Attorney, Civil Division  
MARLA K. LETELLIER, CSBN 234969  
Special Assistant United States Attorney  
    Social Security Administration  
    160 Spear Street, Suite 800  
    San Francisco, CA  94105  
    Telephone: (415) 977-8928  
    Facsimile: (415) 744-0134  
    Email: Marla.Letellier@ssa.gov  
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY ARVIN SEALS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | No. 5:19-CV-02382-JEM<br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: 7/31/2020

HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

Proposed Judgment 1