STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Wesley Alvin Seals


NICOLA T. HANNA. ESQ.
United States Attorney
DAVID M. HARRIS, ESQ.
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM, ESQ.
Assistant United States Attorney
MARLA K. LETELLIER, ESQ.
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8928
Facsimile: (415) 744-0134
Email: marla.letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

---

WESLEY ALVIN SEALS,

          Plaintiff,    CASE NO.: 5:19-cv-02382-JEM

  -v-

1

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

# ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

Before the Court is the Stipulation of Plaintiff, Wesley Alvin Seals, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

IT IS HEREBY ORDERED that attorney fees and expenses in the amount of Three Thousand Four Hundred Thirty-One Dollars and Fifty-Eight Cents ($3,431.58) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses,

and costs shall be made payable to Plaintiff's attorney's Law Firm Olinsky Law Group.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, the check shall be mailed to the following address:

**Olinsky Law Group**
**250 S Clinton St Ste 210**
**Syracuse, NY 13202**

So ordered.

Date:  October 29, 2020    /s/ - John E. McDermott
_____

Hon. John E. McDermott
United States Magistrate Judge

Order proffer: Stuart T. Barasch; copy to Marla K. Letellier

3